| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| RICHARD P. STEELMAN, JR. (SBN 266449)<br>CARMELA T. PAGAY (SBN 195603)<br>LEVENE, NEALE, BENDER, YOO & GOLUBCHIK LLP<br>2818 La Cienega Avenue<br>Los Angeles, California 90034<br>Telephone:     (310) 229-1234<br>Email: RPS@LNBYG.COM; CTP@LNBYG.COM<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for* Plaintiff Todd A. Frealy, Chapter 7 Trustee for the Estate of Tongfang Global, Inc. | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - <u>RIVERSIDE</u> DIVISION**

| In re:<br><br>TONGFANG GLOBAL INC.,<br><br>Debtor(s). | CASE NO.: 6:23-bk-10811-RB<br>CHAPTER: 7<br>ADVERSARY NO.: 6:25-ap-01017-RB |
|---|---|
| TODD A. FREALY, solely in his capacity as Chapter 7 Trustee for the Estate of Tongfang Global, Inc.<br><br>Plaintiff(s),<br><br>vs.<br><br>TONGFANG GLOBAL LIMITED, a Hong Kong entity,<br><br>Defendant. | **NOTICE OF LODGMENT OF ORDER OR JUDGMENT IN ADVERSARY PROCEEDING RE:** (*title of motion*[1]):<br><br><u>COMPLAINT</u> |

PLEASE TAKE NOTE that the order or judgment titled <u>ORDER APPROVING REQUEST THAT CLERK ISSUE SUMMONS THAT IS 30 DAYS AFTER SERVICE ON DEFENDANT TONGFANG GLOBAL LIMITED UNDER HAGUE CONVENTION</u> was lodged on (*date*) <u>February 19, 2025</u> and is attached.  This order relates to the motion which is docket number <u>1</u>.

---

[1] Please abbreviate if title cannot fit into text field.

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 1    **F 9021-1.2.ADV.NOTICE.LODGMENT**

1  RICHARD P. STEELMAN, JR. (SBN 266449)
   CARMELA T. PAGAY (SBN 195603)
2  LEVENE, NEALE, BENDER, YOO & GOLUBCHIK LLP
   2818 La Cienega Avenue
3  Los Angeles, California 90034
   Telephone: (310) 229-1234
4  Email: RPS@LNBYG.COM; CTP@LNBYG.COM

Attorneys for Plaintiff Todd A. Frealy, Chapter 7 Trustee
for the Estate of Tongfang Global, Inc.

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## RIVERSIDE DIVISION

| | |
|---|---|
| In re<br><br>TONGFANG GLOBAL INC.,<br><br>Debtor.<br><hr>TODD A. FREALY, solely in his capacity as Chapter 7 Trustee for the Estate of Tongfang Global, Inc.<br><br>Plaintiff.<br><br>vs.<br><br>TONGFANG GLOBAL LIMITED, a Hong Kong entity,<br><br>Defendant. | Case No. 6:23-bk-10811-RB<br><br>Chapter 7<br><br>Adv. Case No. 6:25-ap-01017-RB<br><br>**ORDER APPROVING REQUEST THAT CLERK ISSUE SUMMONS THAT IS 30 DAYS AFTER SERVICE ON DEFENDANT TONGFANG GLOBAL LIMITED UNDER HAGUE CONVENTION**<br><br>**Initial Status Conference**<br>Date:  [TO BE SET BY SUMMONS]<br>Time:<br>Place: Courtroom 303<br>       U.S. Bankruptcy Court<br>       3420 Twelfth Street<br>       Riverside, CA 92501 |

1

1   The Court, having reviewed and considered Plaintiff Todd A. Frealy, solely in his capacity as Chapter 7 Trustee ("Plaintiff") for the bankruptcy estate ("Estate") of debtor Tongfang Global Inc.'s "*Request That Clerk Issue Summons That Is 30 Days After Service On Defendant Tongfang Global Limited Under Hague Convention*" (the "Request"), and for GOOD CAUSE appearing, ORDERS as follows:

   1. The Request is GRANTED.

   2. Defendant Tongfang Global Limited ("Defendant"), a foreign entity based in Hong Kong, shall respond to Plaintiff's Complaint on or before 30 days from the date of service of the Complaint and summons on Defendant, instead of the date of issuance of the summons.

   IT IS SO ORDERED.

###

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 2818 La Cienega Avenue, Los Angeles, CA 90034.

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER OR JUDGMENT IN ADVERSARY PROCEEDING** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) February 19, 2025, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Richard P Steelman    RPS@LNBYG.COM
- United States Trustee (RS)    ustpregion16.rs.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (*date*) February 19, 2025, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Honorable Magdalena Reyes Bordeaux
United States Bankruptcy Court
3420 Twelfth Street, Suite 365 / Courtroom 303
Riverside, CA 92501-3819

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) February 19, 2025, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

None.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| February 19, 2025 | D. Woo | /s/ D. Woo |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 2    **F 9021-1.2.ADV.NOTICE.LODGMENT**